O

JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARBARA J. POWELL, TRACY L. POWELL, DAVID WYNN MILLER, ) ) ) | Case No. CV 11-10276 DDP (SPx) |
| Plaintiffs, ) ) | **ORDER GRANTING DEFENDANTS' MOTION TO DISMISS PLAINTIFFS' COMPLAINT** |
| v. ) ) | |
| FLAGSTAR BANK FSB; JOHN H. ANDERSON, Trustee; MORTGAGE ELECTRONIC REGISTRATION SYSTEM INC.; WELLS FARGO BANK NA.; STANLEY S. STROUP, ) ) ) ) ) ) | [Docket No. 7] |
| Defendants. ) ) | |

Presently before the court is Defendants' Motion to Dismiss Plaintiffs' Complaint ("Motion"). Because Plaintiffs have not filed an opposition, the court GRANTS the Motion.

Central District of California Local Rule 7-9 requires an opposing party to file an opposition to any motion at least twenty-one (21) days prior to the date designated for hearing the motion. Additionally, Local Rule 7-12 provides that "[t]he failure to file any required paper, or the failure to file it within the deadline, may be deemed consent to the granting or denial of the motion."

The hearing on Defendants' Motion was set for March 19, 2012. Plaintiffs' opposition was therefore due by February 27, 2012. As of the date of this Order, Plaintiffs have not filed an opposition, or any other filing that could be construed as a request for a continuance.[1] Accordingly, the court deems Plaintiffs' failure to oppose as consent to granting the Motion to Dismiss, and GRANTS the Motion. Plaintiffs' Complaint is dismissed.

IT IS SO ORDERED.

Dated: March 21, 2012

DEAN D. PREGERSON
United States District Judge

---

[1] Plaintiffs did file, on March 12, 2012, an entirely unintelligible document that appears to be titled ": C.-S.-S.-C.-P.-S.-G.-DOCUMENT-CONTRACT-POSTAL-VESSEL-COURT-FLAG." The document cannot be reasonably construed as an opposition or request for a continuance.

2