O

JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| BARBARA J. POWELL, TRACY L. POWELL, DAVID WYNN MILLER, <br><br> Plaintiffs, <br><br> v. <br><br> FLAGSTAR BANK FSB; JOHN H. ANDERSON, Trustee; MORTGAGE ELECTRONIC REGISTRATION SYSTEM INC.; WELLS FARGO BANK NA.; STANLEY S. STROUP, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Case No. CV 11-10276 DDP (SPx) <br><br> **ORDER GRANTING DEFENDANTS' MOTION TO DISMISS PLAINTIFFS' COMPLAINT** <br><br> [Docket No. 7] |

Presently before the court is Defendants' Motion to Dismiss Plaintiffs' Complaint ("Motion"). Because Plaintiffs have not filed an opposition, the court GRANTS the Motion.

Central District of California Local Rule 7-9 requires an opposing party to file an opposition to any motion at least twenty-one (21) days prior to the date designated for hearing the motion. Additionally, Local Rule 7-12 provides that "[t]he failure to file any required paper, or the failure to file it within the deadline, may be deemed consent to the granting or denial of the motion."

1    The hearing on Defendants' Motion was set for March 19, 2012.
2 Plaintiffs' opposition was therefore due by February 27, 2012.  As
3 of the date of this Order, Plaintiffs have not filed an opposition,
4 or any other filing that could be construed as a request for a
5 continuance.[1]  Accordingly, the court deems Plaintiffs' failure to
6 oppose as consent to granting the Motion to Dismiss, and GRANTS the
7 Motion.  Plaintiffs' Complaint is dismissed.

9 IT IS SO ORDERED.

12 Dated: March 21, 2012
                                        DEAN D. PREGERSON
13                                      United States District Judge

---

[1]  Plaintiffs did file, on March 12, 2012, an entirely unintelligible document that appears to be titled ": C.-S.-S.-C.-P.-S.-G.-DOCUMENT-CONTRACT-POSTAL-VESSEL-COURT-FLAG."  The document cannot be reasonably construed as an opposition or request for a continuance.

2